IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PADMAJA CHIVUKULA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 2:25-CV-00175-RAL |
| | ) | |
| v. | ) | MAGISTRATE JUDGE LANZILLO |
| | ) | |
| FRANK BISIGNANO, | ) | *(Electronic Filing)* |
| Commissioner of Social Security,[1] | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this 25 day of June, 2025, upon consideration of Defendant's Motion to Remand, it is hereby ORDERED that Defendant's Motion to Remand is Granted and this case is remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings consistent with the Defendant's motion.

BY THE COURT:

_____
HON. RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).